UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CRAIG GROSS,                              : 07 Civ. 11298 (RMB) (JCF)
                                          :
                Petitioner,               :     O R D E R
                                          :
       - against -                        :
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                Respondent.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

This federal habeas corpus petition having been referred by the Honorable Richard M. Berman, U.S.D.J., it is

ORDERED that the respondent file the record of all relevant prior proceedings and an answer or other pleading to the petition raising all available defenses no later than April 15, 2008; and it is further

ORDERED that the petitioner file any reply papers no later than May 15, 2008; and it is further

ORDERED that the Clerk of the Court serve copies of this Order, of the petition, and of the form for Consent to Proceed Before a United States Magistrate Judge upon the United States Attorney for the Southern District of New York; and it is further

ORDERED that by the date that the answer is filed, respondent shall advise the undersigned whether the parties consent to refer this case to a United States Magistrate Judge for final disposition and, if so, shall return a fully executed copy of the enclosed consent form.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 19, 2008

Copies mailed this date:

Craig Gross
54097-054
FCI-Milan
PO. Box 1000
Milan, MI 48160

2