IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG GROSS, | : |
| MOVANT, | : |
| | : CIVIL ACTION NUMBER |
| VS. | : 1:07-cv-11298-RMB-JCF |
| | : |
| UNITED STATES OF AMERICA, | : |
| RESPONDENT. | : |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

MOTION TO AMEND AND SUPPLEMENT

PLEADINGS PURSUANT TO THE FEDERAL

RULES OF CIVIL PROCEDURES, RULE 15

Before this Honorable Court is a pending Title 28 United States, Section "2255" motion docketed in the above referenced action. The District Court has ORDERED a responsive filing no later than April 15, 2008 and a reply by May 15, 2008.

1

# MOVANT SEEKS TO AMEND AND

# SUPPLEMENT THE ORIGINAL 2255 FILING

Movants original pro-se 2255 filing of April 27, 2007, was a bare-bones complaint. Movant now seeks to amend and supplement the filing pursuant to Federal Rules of Civil Procedures, Rule 15.

A motion for leave to amend pursuant to Rule 15 should be liberally allowed unless it is absolutely clear that the amendment would be futile, a pro-se litigate should be given an opportunity to amend a complaint to correct any deficiencies.

Therefore, Movant moves this Honorable Court to cause to issue an ORDER granting the following relief and or any other relief deemed appropriate that is consistent with the Court;

> (A) Grant Movant 60 days to prepare and file an Amended 2255 filing;
>
> (B) Repondent be given 60 days to file a responsive pleading;

(C) Movant be given 45 days to file a reply to any

Responsive pleading.

Respectfully Submitted,

*Craig Gross*

Craig Gross

Reg. No. 54097-054

FCI- Milan

P O Box 1000

Milan, MI 48160

4/21/08

Application denied without prejudice to movant filing a motion to amend with the proposed amended section 2255 motion no later than May 9, 2008. If movant files such a motion, respondent may answer the motion to amend by May 23, 2008, and movant shall reply by June 6, 2008. The briefing schedule on the underlying section 2255 motion shall be held in abeyance.

SO ORDERED.

*James C. Francis IV*

USMJ