UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
CRAIG GROSS,                         : 07 Civ. 11298 (RMB) (JCF)
                                     :
                Petitioner,          :         O R D E R
                                     :
        - against -                  :
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                Respondent.          :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

Petitioner having filed no motion to amend his petition in accordance with my Memorandum Endorsement dated April 21, 2008, it is hereby ORDERED as follows:

1. By July 31, 2008, respondent shall file an answer or other pleading responsive to the petition raising all available defenses.

2. Petitioner shall submit any reply papers by August 29, 2008.

3. It is also ORDERED that the Clerk of Court serve a copy of this Order upon the United States Attorney for the Southern District of New York.

                    SO ORDERED.

                    _____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        June 11, 2008

1

Craig Gross
54097-054
FCI-Milan
PO. Box 1000
Milan, MI 48160

2