UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -:
CRAIG GROSS,                         : 07 Civ. 11298 (RMB) (JCF)
                                     :
              Petitioner,            :       O R D E R
                                     :
     - against -                     :
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              Respondent.            :
- - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The Honorable Richard M. Berman, U.S.D.J., having granted as
unopposed petitioner's application to extend his time to amend his
petition until September 29, 2008, it is hereby ORDERED as follows:

1.  Respondent shall answer the petition by October 31, 2008.

2.  Petitioner shall reply by November 14, 2008.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          August 13, 2008

Copies mailed this date:

Craig Gross
54097-054
FCI-Milan
PO. Box 1000
Milan, MI 48160

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1

Rhonda Lustig, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007